## Quaker Company *v.* Sibarco Stations, Inc., Appellant.

Argued November 25, 1968. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*M. Carton Dittmann, Jr.,* with him *E. Humes Garber, John M. Demcisak,* and *Ballard, Spahr, Andrews & Ingersoll,* for appellant.

*David Berger,* with him *Herbert B. Newberg, Howard L. Schambelan,* and *Cohen, Shapiro, Berger, Polisher and Cohen,* for appellees.

OPINION PER CURIAM, January 15, 1969:
Judgment affirmed.